UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 21-2087 JGB (KKx)** | Date | December 22, 2021 |
|---|---|---|---|
| Title | *Vernon Aviation, LLC v. Lone Sky Aero Advisors, LLC* | | |

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):        Attorney(s) Present for Defendant(s):

None Present                              None Present

**Proceedings:**   Order to Show Cause (IN CHAMBERS)

    Plaintiff filed a complaint on December 14, 2021 and an ex parte application for a temporary restraining order on December 15, 2021.  ("Compl.," Dkt. No. 1; "TRO," Dkt. No. 10.)  The Court ORDERS Plaintiff to address the two deficiencies below by December 27, 2021.

1. Plaintiff alleges that it is a limited liability company organized in New Mexico. (Compl. ¶ 13.)  Plaintiff fails to allege its principal place of business.  Thus, Plaintiff fails to allege diversity jurisdiction under 28 U.S.C. § 1332(a).

2. Plaintiff shall describe more thoroughly its basis for federal question jurisdiction.

    **IT IS SO ORDERED.**