JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| VERNON AVIATION, LLC,<br><br>　　Plaintiff and Counterclaim Defendant,<br><br>　　v.<br><br>LONE SKY AERO ADVISORS, LLC, a Texas limited liability company,<br><br>　　Defendant and Counterclaim-Plaintiff. | Case No. 5:21-cv-02087-SPG-KKx<br><br>**ORDER RE: STIPULATION TO DISMISS WITH PREJUDICE** |

The Court, having reviewed the parties' Stipulated Motion to Dismiss with Prejudice, and being fully advised, hereby grants the stipulated motion. This action, and all claims and defenses asserted herein, are dismissed with prejudice. Each party shall be responsible for payment of its own attorneys' fees and costs.

Dated: November 6, 2023

_____
Hon. Sherilyn Peace Garnett
United States District Judge